JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVO CO., a Taiwan Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HECNY SHIPPING LTD, a HONG KONG corporation; HECNY GROUP, MANAUS-AM, BRASIL and HECNY TRANSPORTATION, INC, a California corporation.<br><br>Defendants. | CASE NO. CV 09-09135 MMM (MANx)<br><br>JUDGMENT FOR DEFENDANTS |

On April 20, 2011, the court granted the motion of defendant Hecny Transportation, Inc. for summary judgment. On May 13, 2011, plaintiff filed a notice voluntarily dismissing its claims against remaining defendants Hecny Group, Hecny Shipping Ltd., and Manuas-AM, Brasil without prejudice. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff takes nothing by way of its complaint against Hecny Transportation, Inc.; and

2. That the action be, and it hereby is, dismissed with prejudice against Hecny Transportation, Inc. and without prejudice against Hecny Group, Hecny Shipping Ltd., and Manuas-AM, Brasil.

DATED: May 13, 2011

　　　　　　　　　　　　　　　　　　　　　　　_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE